EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Extensión de Términos por motivo de la mañana del 24 y el día 31 de diciembre de 2007 | 2007 TSPR 229<br><br>172 DPR ____ |

Número del Caso: EM-2007-12


Fecha: 20 de diciembre de 2007

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In re:

Extensión de Términos
por motivo de la mañana del          EM-2007-12
24 y el día 31 de diciembre
de 2007


RESOLUCIÓN

San Juan, Puerto Rico a 20 de diciembre de 2007.

El Juez Presidente, Hon. Federico Hernández Denton, ha concedido a los empleados y funcionarios de la Rama Judicial la mañana del lunes 24 de diciembre y el lunes 31 de diciembre de 2007, libre con cargo a vacaciones.

A tales efectos, y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, disponemos que al computar los términos establecidos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902, 1 L.P.R.A. secs. 72 y 73 y se considerará la mañana del lunes, 24 de diciembre de 2007, medio día feriado y el día lunes, 31 de diciembre de 2007, un día feriado. Cualquier término a vencer el 24 de diciembre de 2007 se extenderá hasta el miércoles 26 de diciembre de 2007, próximo día laborable. Además, cualquier término a vencer el 31 de diciembre de 2007 se extenderá hasta el miércoles 2 de enero de 2008.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo